IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN PEZZANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-0625 |
| ) | |
| COMCAST, ) | |
| ) | |
| Defendant. ) | |

ORDER

Plaintiff John Pezzana has filed an application to proceed in forma pauperis. The application establishes that he has sufficient assets to pay the filing fee in this case. Therefore, this 18th day of May, 2012, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in forma pauperis [Doc. No. 1] is DENIED.

BY THE COURT:

_____, C. J.